UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD R. MCCISKILL,

    Plaintiff,

v.                                                                              Case No. 6:19-cv-867-Orl-37LRH

CHRISTOPHER L. BELANGER,

    Defendant.

## ORDER

Before the Court is *pro se* Plaintiff Donald McCiskill's motion for summary judgment (Doc. 4 ("**Motion**")) and memorandum of law (Doc. 5). On review, the Court denies the Motion as premature. After the parties meet and confer to file a case management report (*see* Doc. 6), the Court will issue its Case Management and Scheduling Order that outlines the Court's requirements for pleadings and motions, as well as deadlines for discovery and dispositive motions. If appropriate, Plaintiff may re-file the Motion following the close of discovery.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (Doc. 4) is **DENIED AS PREMATURE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 1, 2019.



ROY B. DALTON JR.
United States District Judge

-1-

Copies to:
Counsel of Record
*Pro se* party