FILED
2019 OCT -2 PM 2:41

United States District Court
Middle District of Florida
Orlando Division

Donald R. M<sup>c</sup>Ciskill
    vs.
Christopher L. Belanger
        Case# 6:19-cv-867-Orl-37LRH

## Plaintiff's Amended Complaint

Jurisdiction + Venue: This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3).

Venue is proper in this District under 28 U.S.C. §1441(a) because this District and Division is where the events giving rise to the claim(s) occured.

(1)

## Parties

PLAINTIFF: Donald McCiskill currently resides at: Salvation Army (A.R.C.) 3955 W. Colonial Dr. Orland, FL. 32808

DEFENDANT: Christopher L. Belanger is currenty working as a Deputy for Orange County Sheriff.

The Defendant is sued in his individual capacity.

Demand for a Jury Trial.

(2)

## Statement of Facts

① On 9-3-18 while coming back home at 1019 23rd Street from a friend's house. ② A (S.U.V.) car pulled-up on the sidewalk and my brother Jeff Donald and Arthur Hart Jr. got out of his car. ③ My brother accused me of throwing a fire bomb at his house. ④ I told him that I did not do that. ⑤ At that point I was pushed to the ground and my brother started choking me. ⑥ I was almost about to pass-out, Arthur Jr. told my brother "Your going to kill him" and forced my brother to let go of me. ⑦ I attemped to run but my brother grabbed my t-shirt ripping it off me, Arthur Jr. pushed me down and started punching me. ⑧ My brother started kicking me in the ribs while Arthur Jr. slamming my fore-head on the side-walk. ⑨ I was able to get-up off the ground and try to defend myself from my brother, and Arthur Jr. simultaneously but to no avail. ⑪ After my brother and Arthur Jr. seen that I couldn't defend myself against both of them. ⑫ They grabbed me and forced me to go to my brother's house, but stopped at Arthur Jr's house. ⑬ I was forced to sit on the ground in the drive-way, while Arthur Jr. go inside

③

and wake-up his mom, dad and sister. (14) The sheriff was called Deputy Christopher L. Belanger came to Arthur Jr's House. (16) He asked me what happened? I told him what happened and that I wanted to make a statement and file charges. (17) He told me that I was going to jail for Assault (Domestic Violence) against my brother who had no injuries. (18) But after seeing my serious injuries he had me taken to the hospital. (19) While in the hospital handcuffed to the bed I requested, to make a written statement and Deputy Belanger refused to take a written statement/ or investigate my allegations. (20) Deputy Belanger arrested me and charged me with Assault (Domestic Violence). (21) There were no witnesses as to whom threw the fire bomb at my brother's house. (22) I bonded out of jail, the state attorney later dropped charges against me. (23) And started a case against my brother for (Battery) for the same incident. (24) The state attorney after their investagation-said that I was the victim. (25) I was sent a letter asking me to come to the Orange County Courthouse (Victim) Division and give a written statement, so they could prosucute my brother for (Battery). (26) My injuries were a large lascation on my

(4)

Fore-head and other parts of my body, fractured/bruised ribs, busted lip, and bleeding nose. ㉗ I was wrongfully arrested and charged by Deputy Belanger. ㉘ He violated my 4th Amendment constitutional right. ㉙ I suffered mental auguish and still have flashes of the incident.

## Statement of Claims

Defendant Belanger violated my 4th Amendment constitutional Rights: Wrongful arrest/and False Imprisonment.

## Requested Relief

$150,000. in compensatory for Humiliaton, shock, embarrassment and mental distress.

$500,000 in Punitive Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this __29th__ day of September 2019.

_Donald McCaskill_
SIGNATURE

⑤

United States District Court Middle
District of Florida
Orlando Division

Donald R. McCiskill
    vs.
Christopher L. Belanger
              Case # 6:19-cv-867-Orl-37 LRH

## Local Rule 3.01(A)

① Compensatory Damage for Humiliation, Shock, Embarrassment and Mental Distress

Punitive Damages to Punish for Constitutional Violations

② It is establish Law

③ Memorandum of Legal Authority in Support of the request:

Harden v. Pataki, 320 F.3D 1289, CA11(G.A.)03: We have held that "emotional injury is actionable under § 1983 for humiliation, embarrassment, and mental distress resulting from the deprivation of a constitutional right". In Fact," Punitive Damages may be awarded in a § 1983 action even without

①

a showing of actual loss by the plaintiff if the plaintiff's constitutional rights have been violated." While injuries must be specific, "real injury can even be inferred from the facts." Hewett, 786 F.2D At 1088.

Kemp v. Ervin, 651 F.Supp. 495 (N.D.GA. 1986) The federal cases make it clear that punitive damages are fundamentally different from compensatory damages as to reason and purpose. The purpose of punitive damages under federal law is to punish that defendant and deter him and others from like conduct.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing to defendant's counsel, Brian F. Moes, Esquire by U.S. Mail on 9-30-2019. Grower + Ketcham P.O. Box-538065 Orlando, FL. 32853-8065.

_Donald McCiskill_
Signature

Donald McCiskill
A.R.C.
3955 W. Colonial Dr.
Orlando, FL. 32808

(2)